FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,        PLAINTIFF  v.  Vladimir Chavarria  DEFENDANT(S). | CASE NUMBER  CR 07-1251-2 RGK  ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Monday___, ___12-29-08___, at ___11:00___ ☒ a.m. / ☐ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: ___12/19/08___

U.S. ~~District Judge~~/Magistrate Judge

RALPH ZAREFSKY